IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

MARTIN E. BURKE,                          )
                                          )
                    Plaintiff,            )
                                          )
          v.                              )          No. 04-1129-CV-C-NKL
                                          )
FULTON STATE HOSPITAL,                    )
                                          )
                    Defendant.            )

## ORDER

On March 22, 2005, plaintiff was ordered to show cause within fifteen days why the above-styled case (previously Eastern District Case No. 04CV1174CAS) should not be dismissed. Plaintiff has failed to respond to that order.

IT IS, THEREFORE, ORDERED that plaintiff's claims in the above-styled cause are dismissed, without prejudice, and all pending motions are denied as moot.

/s/_____

NANETTE K. LAUGHREY
United States District Judge

Dated: April 18, 2005
Jefferson City, Missouri